**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EUGENE CARRAHER, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> MATTHEW CATE, ET AL., ) <br> ) <br> Respondents. ) <br> ) | CASE NO. ED CV 12-01591 PA (RZ) <br><br> JUDGMENT |

This matter came before the Court on the Petition of ANTHONY EUGENE CARRAHER, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 14, 2013

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE